AO 455(Rev. 5/85) Waiver of Indictment

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA | **WAIVER OF INDICTMENT** |
| v. | |
| ANDRES REYES-SANCHEZ | CASE NUMBER: 08cr1666-W |

I, ANDRES REYES-SANCHEZ, the above named defendant, who is accused of committing the following offense:

Title 18, U.S.C., Sec. 1001 - False Statement to a Federal Officer (Felony),

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on 5-22-08 prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

_Andres Reyes Sanchez_
Defendant

_Bridget Kennedy_
Counsel for Defendant

Before _/s/ Judicial Officer_
JUDICIAL OFFICER

FILED
MAY 22 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY